

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00496-CR

Brandon Neil **COBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 355th District Court, Hood County, Texas
Trial Court No. CR11298
Honorable Ralph H. Walton Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED June 12, 2013.

_____
Patricia O. Alvarez, Justice